THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Randall Q. Sanders, Appellant.
 
 
 

Appeal From Sumter County
 R. Ferrell Cothran, Jr., Circuit Court
Judge

Unpublished Opinion No.  2012-UP-082
 Submitted February 1, 2012  Filed
February 22, 2012  

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia; and Randall Q. Sanders, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Ernest A. Finney, III, of Sumter,
 for Respondent.
 
 
 

PER CURIAM:  Randall Q. Sanders appeals his conviction for possession
 with the intent to distribute cocaine.  In his Anders brief, Sanders
 argues the trial court erred in charging the jury on reasonable doubt because
 the charge was so confusing that it violated his right of due process.  Additionally,
 Sanders filed a pro se brief.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.